



# MEMORANDUM OPINION

No. 04-11-00078-CV

**IN THE INTEREST OF C.A.G., A Child**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2002-CI-02346
Honorable Jim Rausch, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice
                Steven C. Hilbig, Justice

Delivered and Filed:  June 29, 2011

DISMISSED FOR WANT OF PROSECUTION

To date, appellant has failed to pay the applicable filing fee in this appeal.  Texas Rule of Appellate Procedure 5 provides,

> A party who is not excused by statute or these rules from paying costs must pay—
> at the time an item is presented for filing—whatever fees are required by statute
> or Supreme Court order. The appellate court may enforce this rule by any order
> that is just.

TEX. R. APP. P. 5.

On May 25, 2011, we ordered appellant to either (1) pay the applicable filing fee in this appeal or (2) provide written proof to this court that appellant is excused by statute or these rules from paying the filing fee on or before June 9, 2011.  *See* TEX. R. APP. P. 20.1 (providing that party who qualifies as indigent under Rule 20 may proceed without advance payment of costs).

We warned that if appellant failed to respond within the time provided, this appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c).

Because appellant has failed to pay the filing fee or provide written proof that he is excused from paying the filing fee, we dismiss this appeal. *See id.*

PER CURIAM